**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOEL GIRONES DOMINGUEZ; AND PAULA CAROLINA ESTENOZ MARTIZ,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 3:26-cv-00862** |
| **JOSEPH B. EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES; TERRI A. ROBINSON, DIRECTOR, NATIONAL BENEFITS CENTER,** | ) | |
| **Defendants.** | ) | |

# ORDER

Pursuant to the notice of voluntary dismissal without prejudice (Doc. No. 12), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE